UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



GARY GILLIAN and MILENA CESARSKA on behalf of themselves and others similarly situated,

Plaintiffs,

-v-

STARJEM RESTAURANT CORP. d/b/a FRESCO BY SCOTTO,

Defendant.

10-cv-6056 (JSR)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Filed Via ECF

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs Gary Gillian, Milena Cesarska, and John Jeffrey Shaw ("Plaintiffs") and defendant Starjem Restaurant Corp. d/b/a Fresco by Scotto ("Defendant") (collectively, "Parties") stipulate to dismissal of this action with prejudice, without costs or attorneys' fees to any party. In support, the Parties state that they: (a) have a *bona fide* dispute regarding the merits of Plaintiffs' claims; (b) desire to resolve that dispute fully and finally without further litigation; (c) have entered into a Settlement Agreement ("Agreement"), including a release of claims; and (d) represent that the Agreement: (i) is fair to all Parties; (ii) reasonably resolves a *bona fide* disagreement regarding the merits of Plaintiffs' claims; and (iii) reflects the good faith intention of the Parties that Plaintiffs' claims be fully and finally resolved, not be subject to appellate review, and not be re-litigated in whole or in part at any time in the future. Counsel for Plaintiffs consents to filing of this stipulation by counsel for Defendant.

Dated: December 18, 2011

By: /s/ Michael D. Palmer
Michael D. Palmer
JOSEPH, HERZFELD, HESTER &
KIRSCHENBAUM LLP
233 Broadway, 5th Floor
New York, NY 10279
*Attorneys for Plaintiffs*

By: /s/ Craig R. Benson
Craig R. Benson
Gary D. Shapiro
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022-3298
Tel: (212) 583-9600
*Attorneys for Defendant*

SO ORDERED:

/s/ Jed S. Rakoff
Honorable Jed. S. Rakoff
United States District Judge

Dated: 12/23/11